| Date | Pleading Number | |
|---|---|---|
| 1/31/73 | 1. | MOTION W/SUPPORTING BRIEF of plaintiffs Gaines, Gould, Marquiz, and Warner for consolidation with the Walker action in S.D. Texas before Judge Woodrow Seals; also attached miscellaneous complaints, docket sheets, etc. SUGGESTED TRANSFEREE FORUM: S.D. Texas |
| 2/9/73 | | Supplemental certificate of service from movant |
| 2/15/73 | 2 | SAN ANTONIO, FIREMEN AND POLICEMEN'S PENSION FUND BD. OF TRUSTEES OF SAN ANTONIO response to motion and brief w/cert. of service. |
| 2/15/73 | 3 | CITY OF EL PASO AND BOARD OF TRUSTEES OF FIREMEN, ETC. request for extension of time w/cert. of service |
| 2/15/73 | 4 | CITY OF DALLAS, etal response and brief w/cert. of service to motion. |
| 2/16/73 | | ORDER extending to all parties to and including Feb. 26, 1973 to file and serve response to motion filed in the above matter. |
| 2/20/73 | 5 | New Orleans, La. Police Pension Fund response to motion w/cert. |
| 2/23/73 | 6 | City of ElPaso Response and Brief w/cert. of service. |
| 3/1/73 | 7 | Bd. of Trustees (New Orleans) response to motion w/cert of service (Only 1 copy received) |
| 3/5/73 | | Request from movant for extension to file and serve reply brief ORDER extending to movant March 9, 1973 to file and serve reply brief notified counsel |
| 3/6/73 | | HEARING ORDER - Setting A-1 through A-5 for hearing, Washington, D. C. March 23, 1973 |
| 3/9/73 | 8 | Movants reply brief to Dallas response, New Orleans response, ElPaso response and San Antonio response w/cert. of service. |
| 6/13/73 | | OPINION AND ORDER denying transfer of the litigation pursuant to 28 U.S.C. §1407. Distribution made. |

O & O of 6/13/73  360 F. Supp 1400

DOCKET NO. 131 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

DOCKET NO. 131 -- IN RE PENSION FUND CLASS ACTION LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 3/23/73

Date(s) of Opinion(s) or Order(s) 6/13/73

Consolidation Ordered ____    Name of Transferee Judge ____

Consolidation Denied  XX     Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | J. W. Walker, et al. v. City of Houston; Board of Firemen's Relief and Retirement Fund Trustees of said Board, et. al. | S.D.Tex Seals | 69-H-168 | | | | Motion 1/31/7 |
| A-2 | Billy Jack Gaines, et al. v. City of Dallas; Board of Trustees of the Firemen, et al. | N.D.Tex | 3-6170 | | | | "         " |
| A-3 | Raymond Marquiz, et al. v. City of San Antonio, Board of Trustees, et al. | W.D.Tex | SA-72-CA-271 | | | | "         " |
| A-4 | William N. Gould, et al. v. City of El Paso, Firemen, et al. | W.D.Tex | EP72-CA-209 | | | | "         " |
| A-5 | William J. Warner, Jr., et al. v. Board of Trustees of the Police Pension Fund of the City, et al. | E.D.La. Rubin | 72-3019 | | | | "         " |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 131 -- IN RE PENSION FUND CLASS ACTION LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2<br>A-3<br>A-4<br>A-5 | Kermitt L. Waters, Esquire<br>James H. Thompson, Esquire<br>821 Las Vegas Blvd. North<br>Las Vegas, Nevada 89101 | E. William Colburn, Esquire<br>300 City Hall<br>Houston, Texas 77001<br>  CITY OF HOUSTON<br>  BOARD OF FIREMEN'S RELIEF & RETIREMENT<br>    FUND TRUSTEES OF THE CITY OF HOUSTON<br>    & MEMBERS OF SAID BOARD, IND. & IN<br>    THEIR CAPACITY AS MEMBERS OF SAID<br>    BOARD<br>  POLICE OFFICERS' PENSION BOARD OF THE<br>    CITY OF HOUSTON & THE MEMBERS OF<br>    SAID BOARD, IND. & IN THEIR CAPACITY<br>    AS MEMBERS OF SAID BOARD<br><br>Ted P. MacMaster, Esquire<br>50L City Hall<br>Dallas, Texas 75201<br>  CITY OF DALLAS<br>  BOARD OF TRUSTEES OF THE FIREMEN,<br>    POLICEMEN & FIRE ALARM OPERATORS'<br>    PENSION FUND OF THE CITY OF DALLAS,<br>    & THE MEMBERS OF SAID BOARD, IND. &<br>    IN THEIR CAPACITY AS MEMBERS OF<br>    SAID BOARD<br><br>Bill Campbell, Esquire<br>Asst. Attorney General<br>P.O. Box 12548 Capitol Station<br>Austin, Texas 78711<br>  GOVERNOR OF TEXAS<br>  ATTORNEY GENERAL OF TEXAS<br>  JUDGES OF THE COURT OF CIVIL APPEALS<br>    FOR THE FIFTH, SEVENTH, FOURTH, TENTH<br>    ELEVENTH & EIGHTH JUDICIAL DISTRICT<br>    OF TEXAS |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | Edgar A. Pfeil ~~Crawford Reeder~~, Esquire  app<br>Assistant City Attorney<br>~~City of San Antonio~~ 203 City Hall, Military Plaza<br>San Antonio, Texas 78205<br>  CITY OF SAN ANTONIO<br><br>Harvey L. Hardy, Esquire<br>~~712 GPM Life Building~~ 760 South GPM Bldg.<br>~~Central Park, 800 NW Loop 410~~  app<br>San Antonio, Texas  78216<br>  BOARD OF TRUSTEES, FIREMEN & POLICEMEN'S<br>    PENSION FUND OF SAN ANTONIO, & THE<br>    MEMBERS OF SAID BOARD, IND. & IN THEIR<br>    CAPACITY AS MEMBERS OF SAID BOARD<br><br>Travis White, Esquire<br>Room 201, City-County Bldg.<br>El Paos, Texas<br>  CITY OF EL PASO<br><br>Wade Adkins ~~John C. Ross~~, Esquire<br>Asst. City Attorney<br>~~City Hall~~ 203 City-County Bldg.<br>El Paos, Texas 79901<br>~~CITY OF EL PASO~~<br>City of El Paso & below<br><br>J. Donald Stillwell, Esq<br>One Shell Plaza<br>Houston, Texas<br>  FIREMEN, POLICEMEN & FIRE ALARM OPERATORS<br>    PENSION FUND OF EL PAOS, & THE MEMBERS<br>    OF SAID BOARD BOTH INDIVIDUALLY & IN<br>    THEIR CAPACITY AS MEMBERS OF SAID<br>    BOARD<br><br>Bueker Amann, Esquire<br>Asst. City Attorney<br>City Hall<br>New Orleans, Louisiana  70112<br>  CITY OF NEW ORLEANS<br><br>Richard A. Dowling, Esquire<br>1031 Maison Blanche Bldg.<br>New Orleans, Louisiana  70112<br>  BOARD OF TRUSTEES OF THE POLICE PENSION<br>    FUND OF THE CITY OF NEW ORLEANS, & ITS<br>    MEMBERS |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 131 -- PENSION FUND CLASS ACTION LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| City of Houston | A-1 |
| Board of Firemen's Relief & Retirement Fund Trsutees of the City of Houston, & the members of said Board, Ind. and in their Capacity as Members of Said Board, named herein as Alens Greer, W.A. Drohan, George Loudermilk, Henry Kriegel, Patrick Daly, C. C. Jones, Jr., C. P. Price, Ray Skagg, H. S. Lanier | A-1 |
| Police Officers' Pension Board of the City of Houston, & the Members of Said Board, Ind. & in their Capacity as Members of Said Board, Named Herein as Harry Caldwell, R. C. Rich, A. C. Martindale, Earl Maughmer, Henry Kriegel, Marshall Gray, | A-1 |
| Governor Preston Smith of Texas | A-1; A-2, A-3, A-4 |
| Crawford Martin, Attorney General of the State of Texas | A-1; A-2, A-3, A-4 |
| City of Dallas | A-2 |
| Board of Trustees of the Firemen, Policemen & Fire Alarm Operators' Pension Fund of the City of Dallas, and the Members of Said Board, Ind. & in their Capacity as Members of Said Board, Named Herein as Reeves, Hill, Emerson, Johnson, Shank | A2 |

| | |
|---|---|
| Court of Civil Appeals for the 5th Judicial District of Texas, & Hon. Dick Dixon, Harold A. Bateman & Claude Williams, Judges | A-2 |
| Court of Civil Appeals for the 7th Judicial District of Texas, & Hon. James G. Denton, Ernest O. Northcutt & James A. Joy, Judges | A-2 |
| City of San Antonio | A-3 |
| Board of Trustees, Firemen & Policemen's Pension Fund of San Antonio, & the Members of Said Board, Ind. & In their Capacity as Members of Said Board, Named herein as John Gatti, Walter W. McAllister, Dr. Herbert Calderon, Joe Di Stefano, Henry Antan, L. E. Mason, A. G. Campa | A-3 |
| Cout of Civil Appeals for the 4th Judicial District of Texas, & Hon. Charles Barrow, Carlos C. Cadena & Fred V. Klingeman, Judges | A-3 |
| Court of Civil Appeals for the 10th Judicial District of Texas & Hon. Vic Hall, Frank Wilson & Frank G. McDonald, Judges | A-3 |
| Court of Civil Appeals for the 11th Judicial District of Texas & Clyde Grisso, Cecil C. Collings & Esco Walker, Judges | A-3 |
| City of El Paos | A-4 |
| Court of Civil Appeals for the 8th Judicial District of Texas & Hon. Allan Fraser, William F. Clayton & Stephan Treslar, Judges | A-4 |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 131 -- PENSION FUND CLASS ACTION LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Policemen & Fire Alarm Operator's Pension Fund of El Paso, & the Members of Said Board, Named Herein as Pete De Wetter | A-4 |
| Robdrt Joy, Jr., Robert Cutler, Victor Blanco, M. L. Coleman, E. L. Chokiski, James Ewell, Philip Adams | |
| Board of Trustees of the Police Pension Fund of the City of New Orleans and its Members, Capt. Alvin H. Rankin, Waley V. Harris, Louis S. Sambola, Louis Turner, Joseph F. Maes, Sr., George Reyer, Clarence B. Giarrusos, Albert W. Riemer, Joseph I. Giarrusso, Robert Develle | A-5 |